UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALERIE ANN CARL,

    Plaintiff,

v.                                              Case No:   6:19-cv-1027-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

Plaintiff Valerie Ann Carl is contesting Defendant the Commissioner of Social Security's denial of her application for Social Security disability benefits (Doc. 1). Plaintiff has filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). The Application includes Plaintiff's Affidavit of Indigency in which she states that she has $19,000 in cash or in a checking or savings account (Doc. 2-1, § IV, ¶ 2(b)). She also has an RV of unknown value upon which she, or someone on her behalf, makes payments of $1,300 per month (Id., ¶ 6). Because Plaintiff has these assets, I find that she is able to pay the costs of this action. Therefore, I respectfully recommend that Plaintiff's motion to proceed *in forma pauperis* be **DENIED**.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on June 4, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record