UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALERIE ANN CARL,

    Plaintiff,

v.                                                     Case No. 6:19-cv-1027-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Plaintiff initiated this social security appeal against Defendant seeking review of the denial of her application for Social Security disability benefits. (Doc. 1.) With the Complaint, Plaintiff filed an application to proceed without prepaying fees or costs, construed as a motion to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Thomas B. Smith recommends that the Court deny Plaintiff's IFP Motion based on Plaintiff's submitted affidavit of indigency. (Doc. 4 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation

(Doc. 4) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. To proceed in this action, Plaintiff is **DIRECTED** to pay the filing fee on or before Wednesday, **July 3, 2019**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 19, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record